**Order entered December 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01297-CV

## IN THE INTEREST OF M.K. AND V.G., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30160-2017**

## ORDER

Before the Court is appellant's December 20, 2018 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before January 16, 2019.

/s/    DAVID EVANS
        JUSTICE